The judgment is reversed, and the cause remanded.

## GREENWOOD v. STATE.
### No. 19195.

Court of Criminal Appeals of Texas.
Nov. 10, 1937.

R. G. Allen, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the possession of distilled liquor in a container to which there was affixed no stamp or other evidence showing the payment of the tax due the State on such liquor; penalty assessed at a fine of $100.

The complaint and information appear regular. The record is before us without statement of facts or bills of exception.

No error having been perceived, the judgment is affirmed.